IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL S. RUSSELL                                                                              PLAINTIFF

V.                          CASE NO.: 5:17-CV-5132

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                       DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on April 24, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** on this 10th day of May, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE